

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00176-CR

| | | |
|---|---|---|
| KENDRA PHILLIANA MAXION, Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1398848D) |
| V. | § | July 18, 2019 |
| | § | Opinion by Justice Birdwell |
| | § | (en banc) |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT ON EN BANC RECONSIDERATION

This court has again considered the record on appeal in this case and holds that there was error in the trial court's judgment. We strike $15 of the $555 assessed as reparations in the judgment and modify the judgment to assess reparations of only $540. We modify the incorporated order to withdraw funds so that it reflects that $540 should be withdrawn from appellant's inmate trust account. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Wade Birdwell
        Justice Wade Birdwell

# OPINION INFORMATION TO PUBLISHERS

## From the Court of Appeals
## Second Appellate District of Texas
## at Fort Worth

CASE DOCKET NUMBER:          02-18-00176-CR

NAME OF CASE:               KENDRA PHILLIANA MAXION, APPELLANT
V.
THE STATE OF TEXAS

DATE OPINION FILED:        JULY 18, 2019

DATE REHEARING FILED:

---

TRIAL COURT:                 297TH DISTRICT COURT

TRIAL COURT JUDGE:         HON. DAVID C. HAGERMAN

COUNTY:                      TARRANT

---

ATTORNEYS FOR APPELLANT:    ERIC LABOVITZ & KATHRYN ELIZABETH MORROW
LABOVITZ LAW FIRM
ARLINGTON, TEXAS

ATTORNEYS FOR STATE:       SHAREN WILSON, CRIMINAL DISTRICT ATTORNEY; JOSEPH W. SPENCE, ASSISTANT CRIMINAL DISTRICT ATTORNEY, CHIEF OF POST-CONVICTION; SHELBY WHITE & DEREK DUMAS, ASSISTANT CRIMINAL DISTRICT ATTORNEYS
TARRANT COUNTY DISTRICT ATTORNEYS OFFICE
FORT WORTH, TEXAS